IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JUAN F. PEREZ,

       Appellant,

 v.                                       Case No.  5D18-1273

STATE OF FLORIDA,

       Appellee.

_____/

Opinion filed May 29, 2018

3.800 Appeal from the Circuit
Court for Hernando County,
Daniel B. Merritt, Jr., Judge.

Juan F. Perez, Graceville, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Carmen F. Corrente,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

      AFFIRMED.  *See Martinez v. State*, 211 So. 3d 989 (Fla. 2017).

COHEN, C.J., BERGER and LAMBERT, JJ., concur.